### 10462. BRAMBLETT v. THE STATE.

BLOODWORTH, J. The special grounds of the motion for a new trial are void of merit. There is ample evidence to support the verdict. Where no error of law is committed and "there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Toole* v. *Jones*, 19 *Ga. App.* 24 (90 S. E. 732); *Bradham* v. *State*, 21 *Ga. App.* 519 (94 S. E. 618), and cases cited.

*Judgment affirmed. Broyles, P. J., and Stephens, J., concur.*
DECIDED JUNE 13, 1919.

Conviction of assault with intent to murder; from Murray superior court—Judge Tarver. March 8, 1919.

*H. H. Anderson,* for plaintiff in error.

*Joseph M. Lang, solicitor-general, R. Noel Steed,* contra.